IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. WIIG,

        Petitioner,                  No. CIV S-10-1966 EFB P

    vs.

IVES,

        Respondent.        ORDER

_____/

       Petitioner, a federal prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner is currently confined in the federal prison in Herlong, California.

       On March 2, 2011, the petition was dismissed without leave to amend and judgment entered accordingly. Dckt. Nos. 12, 13. In that March 2, 2011 order, the undersigned concluded that petitioner had failed to state a cognizable claim despite having been given an opportunity to amend his petition to do so. Dckt. No. 12. Petitioner seeks reconsideration of that order. Dckt. No. 14.

       The court has reviewed petitioner's motion and the order of March 2, 2011 and finds no grounds for reconsideration under Federal Rule of Civil Procedure 60 and Local Rule 230(j).

////

////

1

1   Accordingly, it is ORDERED that petitioner's March 16, 2011 motion for
reconsideration is denied.

DATED: April 14, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE